534

Greenvale, Nassau County. At that time and place it was dark, raining heavily, and there were no lights on the road. Defendant Charles M. Neilson and his wife (the only eyewitnesses to accident) testified that the deceased was wearing a black hat and black coat and that he was walking practically in the middle of the road when he was struck by defendants' car; they further testified that there was a strong smell of alcohol on his breath. The police officer who came to the scene testified that the deceased was lying partly in the right-hand traffic lane of the road; that his outer clothes were dark brown; and that he was wearing two or three suits, one on top of the other. Clearly, on this proof a finding of contributory negligence was inevitable. On this record, then, the receipt of the hospital record and death certificate in evidence could not have materially prejudiced plaintiff or affected the outcome; hence the jury's verdict should not have been set aside even if their admission in evidence were deemed error. For these reasons we vote to reverse, deny the motion for a new trial, and reinstate the jury's verdict. [61 Misc 2d 717.]

UNION FREE SCHOOL DISTRICT No. 4, TOWNS OF ORANGETOWN AND CLARKSTOWN, NYACK, Respondent-Appellant, v. GARDEN VALLEY HOMES, INC., et al., Defendants, and IRA SELVIN et al., Appellants-Respondents.—

Rabin, Acting P. J., Martuscello, Latham, Kleinfeld and Brennan, JJ., concur.

WESTCHESTERTOWNE HOUSES, INC., et al., Petitioners, v. STATE DIVISION OF HUMAN RIGHTS et al., Respondents.—

Christ, P. J., Rabin, Hopkins, Brennan, and Benjamin, JJ., concur.

WESTCHESTERTOWNE HOUSES, INC., et al., Petitioners, v. STATE DIVISION OF HUMAN RIGHTS et al., Respondents.—

Christ, P. J., Rabin, Hopkins, Brennan and Benjamin, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PRESTON SMITH, Appellant.—